No. 01–8922.  GILLESPIE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–8923.  HINOJOSA v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–8925.  GOMEZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.  ■

No. 01–8934.  ARRENDONDO IBARRA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8935.  GILBERT v. JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–8937.  KINDRED v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–8939.  OTT v. KAISER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–8941.  HAMMOND v. CASTRO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–8942.  GARNIER v. WALTER ET AL.  C. A. 9th Cir. Certiorari denied.

No. 01–8943.  HENDERSON v. SCOTT, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–8945.  HARRIS v. WALLS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 01–8947.  FINCHER v. MITCHUM, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–8948.  HUGGINS v. YUKINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–8951.  MACHADO v. GARCIA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–8953.  TEZEL v. MARINE MIDLAND BANK CORP. ET AL. C. A. 2d Cir.  Certiorari denied.